# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SANTANA, | Case No. CV 10-0164-SJO (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 1/14/11

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE